UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

SANDRA F. DE LA CRUZ,  No. 08-12081

               Debtor(s).
_____/
SANDRA F. DE LA CRUZ,

               Plaintiff(s),

     v.  A.P. No. 09-1153

AEGIS WHOLESALE CORPORATION, et al.,

               Defendant(s).
_____/

Memorandum on Motion for Relief from Default
_____

    Defendant MERS willfully decided not to answer the complaint in this matter. It complains that it never got notice of plaintiff's motion for entry of a default judgment, but such notice is not required pursuant to Rule 5(a)(2) of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding pursuant to Rule 7005 of the Federal Rules of Bankruptcy Procedure. The court does not see where MERS has a pecuniary interest in this dispute - the only proof of claim was filed by Aurora Loan Services, LLC - but if MERS has any interest it has knowingly forfeited it.

1

1       For the foregoing reasons, the motion of MERS to vacate the default judgment against it will be
2 denied. Counsel for plaintiff shall submit an appropriate form of order.

4 Dated: June 3, 2010

                                                                        Alan Jaroslovsky
                                                                         U.S. Bankruptcy Judge

2